1  **KRIS J. KRAUS**
   California Bar No. 233699
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California  92101-5008
   Telephone: (619) 234-8467
4  Facsimile: (619) 687-2666
   Kris_Kraus@fd.org
5

6  Attorneys for Defendant

7

8                                    UNITED STATES DISTRICT COURT

9                                   SOUTHERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,          ) Case No.  08MJ2260
   |                                    )
11 |         Plaintiff,                 )
   |                                    )
12 | v.                                 ) **NOTICE OF ATTORNEY APPEARANCE**
   |                                    )
13 | HECTOR MANUEL VALDEZ-ROJAS,        )
   |                                    )
14 |                                    )
   |         Defendant.                 )
15 |                                    )
   | _____  )
16

17       Pursuant to implementation of the CM/ECF procedures in the Southern District of California, Kris

18  J. Kraus and Federal Defenders of San Diego, Inc. files this Notice of Appearance as co-counsel in the

19  above-captioned case.

20                                     Respectfully submitted,

21

22  Dated: August 1, 2008                       /s/ Kris J. Kraus
                                         **KRIS J. KRAUS**
23                                       Federal Defenders of San Diego, Inc.
                                         Attorneys for Defendant
24                                       Kris_Kraus@fd.org

25

26

27

28

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov


DATED: August 1, 2008            */s/ Kris J. Kraus*
                                 **KRIS J. KRAUS**
                                 Federal Defenders of San Diego, Inc.
                                 Kris_Kraus@fd.org